Jennifer C. Alexander, ABA #9511058
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant
LIFEMED ALASKA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JONATHON L. GOODWIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AIR METHODS CORPORATION and )<br>LIFEMED ALASKA, LLC , )<br>)<br>Defendant. )<br>) | Case No.: 3:11-CV-00067-HRH |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR LIFEMED ALASKA, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LIFEMED ALASKA, LLC, states, by and through its undersigned counsel, that it is an Alaska Limited Liability Company, with no parent corporation and no publicly held corporation owning 10% or more of its stock.

GOODWIN V. AIR METHODS AND LIFEMED
LIFEMED'S PRELIMINARY WITNESS LIST
F:\506790\9\00198810.DOCX
CASE NO. 3:11-CV-00067-HRH
PAGE 1 OF 2

Case 3:11-cv-00067-SLG   Document 22   Filed 07/26/11   Page 1 of 2

DATED this 26th day of July, 2011.

> BIRCH HORTON BITTNER & CHEROT
> Attorneys for Defendant
> LIFEMED ALASKA, LLC
>
> By: /s/ Jennifer C. Alexander
> Jennifer C. Alexander, ABA #9511058
> 1127 West Seventh Avenue
> Anchorage, AK 99501
> Telephone: 907.276.1550
> Facsimile: 907.276.3680
> Email: jalexander@bhb.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of July, 2011, a true and correct copy of the foregoing was served on the following in the manner indicated:

Elizabeth B. Banaszak
Elizabeth.banaszak@usdoj.gov

Richard L. Pomeroy
Richard.pomeroy@usdoj.gov

William A. Wright
wwright@shermanhoward.com

BIRCH HORTON BITTNER & CHEROT

By: /s/ Jennifer C. Alexander

GOODWIN V. AIR METHODS AND LIFEMED                    CASE NO. 3:11-CV-00067-HRH
LIFEMED'S PRELIMINARY WITNESS LIST                                   PAGE 2 OF 2
F:\506790\9\00198810.DOCX

Case 3:11-cv-00067-SLG   Document 22   Filed 07/26/11   Page 2 of 2

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680